No. ——, Original. *Ex parte:* IN THE MATTER OF JAMES F. BISHOP, ADMINISTRATOR, ETC., PETITIONER. Submitted January 12, 1920. Decided January 19, 1920. Motion for leave to file petition for a writ of prohibition or mandamus herein denied. *Mr. Harry W. Standidge* for petitioner.

---

No. ——. HARMON P. McKNIGHT *v.* UNITED STATES. Application for leave to proceed *in forma pauperis* for the purposes of a petition for certiorari to and an appeal from the District Court of the United States for the District of Massachusetts. Decided January 20, 1920. *Per Curiam.* The prayer to be allowed to proceed *in forma pauperis* for the purpose of an application for certiorari to review the judgment below, as well as for the purpose of an appeal asked to review a refusal to release on *habeas corpus*, made to the Chief Justice and by him submitted to the court for its action is hereby denied.